(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>A&C Environmental, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-3652649 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>8500 W. 191st Street<br>Unit 6<br>Mokena, IL 60448 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Will | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the d[ebtor is un]able to pay fee except in installments. Rule 1006(b). See |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-ov |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100 mil... |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/30/2004
Time: 15:23:15
Debtor: A&C ENVIRONMENTAL INC
Case: 04-47934
Chapter: 7   Rec. # : 3117715   Fee : 209
Judge: Bruce Black
341 mtg: 01/28/2005 @ 02:00PM
Trustee: DEBORAH EBNER
1:04BK47934-BK001

(Official Form 1) (9/01)

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>A&C Environmental, Inc. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed** by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date _____

X _/s/ Ariel Weissberg_____
Signature of Attorney for Debtor(s)
Ariel Weissberg
Printed Name of Attorney for Debtor(s)
**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle Street
Suite 403
Chicago, IL 60605**
Address
**312-663-0004   Fax: 312-663-1614**
Telephone Number
**December 30, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Carl J. Grad_____
Signature of Authorized Individual
**Carl J. Grad**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**December 30, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

In re  A&C Environmental, Inc.                                                       Case No. _____
                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Ford Credit<br>P.O. Box 219825<br>Kansas City, MO 64121-9825 | X | - | 2000 Ford Expedition<br>2001 Ford Pick Up<br><br>Value $ Unknown | | | | 25,000.00 | Unknown |
| Account No.<br>Manifest Funding Services<br>P.O. Box 5179<br>Sioux Falls, SD 57117-5179 | X | - | 2000 Acro Tanker<br><br>Value $ Unknown | | | | 10,746.94 | 10,746.94 |
| Account No.<br>Paccar Financial Corporation<br>P.O. Box 642945<br>Pittsburgh, PA 15264-2945 | X | - | 4 Tractors<br><br>Value $ Unknown | | | | 120,000.00 | Unknown |
| Account No.<br>RLH Equipment Co., Inc.<br>3821 Indianpolis Blvd.<br>East Chicago, IN 46312 | X | - | Security interest in substantially all of the assets of debtor, including accounts, accounts receivable, contracts, contract rights and the rolling stock on the list appended hereto<br><br>Value $ Unknown | | | | 75,000.00 | Unknown |
| 0 continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 230,746.94 | |
| | | | Total<br>(Report on Summary of Schedules) | | | | 230,746.94 | |

In re   A&C Environmental, Inc.                                          Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              __0__ continuation sheets attached

In re   A&C Environmental, Inc. ,   Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Advanced Supply Company<br>8901 W. 192nd Street<br>Suite D<br>Mokena, IL 60448 | | - | | | | | 177.41 |
| Account No.<br><br>Advanced Waste Services<br>1126 S. 70th Street<br>West Allis, WI 53214 | | - | | | | | 1,844.50 |
| Account No.<br><br>American Welding & Gas Supply Inc.<br>801 Rowell Avenue<br>Joliet, IL 60432 | | - | | | | | 165.70 |
| Account No.<br><br>Anderson Group, Ltd.<br>234 Spring Lake Drive<br>Itasca, IL 60143 | | - | | | | | 6,000.00 |
| _12_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 8,187.61 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:23645-021205   Best Case Bankruptcy

In re  A&C Environmental, Inc. , Case No. _____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Automated Services<br>4821 W. 153rd Street<br>Oak Forest, IL 60452 | - | | | | | | 281.50 |
| Account No. <br><br>Avaya Financial Services<br>P.O. Box 9300<br>Chicago, IL 60673-3000 | - | | | | | | 306.06 |
| Account No. <br><br>Beaver Oil Co., Inc.<br>6037 Lenzi Avenue<br>Hodgkins, IL 60525 | - | | | | | | 19,048.00 |
| Account No. <br><br>Blackhawk Construction<br>P.O. Box 127<br>Mokena, IL 60448 | - | | | | | | 3,742.52 |
| Account No. <br><br>BP Oil Inc.<br>Processing Center<br>Des Moines, IA 50360-6600 | - | | | | | | 716.75 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   24,094.83

In re **A&C Environmental, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>C.E.M.C.O.<br>8450 W. 191st Street, #17<br>Mokena, IL 60448 | - | | | | | | 404.00 |
| Account No.<br><br>Cellular Center<br>129465 LaGrange Road<br>Palos Park, IL 60464 | - | | | | | | 193.92 |
| Account No.<br><br>Chicago Kenworth, Inc.<br>P.O. Box 415<br>Des Plaines, IL 60016-3415 | - | | | | | | 575.11 |
| Account No.<br><br>Chicago Tire<br>16001 S. Van Drunen Road<br>South Holland, IL 60473 | - | | | | | | 568.95 |
| Account No.<br><br>CID RDF<br>P.O. Box 1309<br>Calumet City, IL 60409 | - | | | | | | 5,548.80 |

Sheet no. __2__ of __12__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) | 7,290.78

Case 04-47934 Doc 1 Filed 12/30/04 Entered 12/30/04 15:20:59 Desc Petition
Page 8 of 18

In re **A&C Environmental, Inc.** Case No. _____
,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cintas Corporation<br>1150 Windham Parkway<br>Romeoville, IL 60446 | - | | | | | | 2,331.37 |
| Account No. 5477-8680-0039-5049<br><br>CitiBusiness Card<br>P.O. Box 6309<br>The Lakes, NV 88901 | - | | | | | | 2,456.15 |
| Account No.<br><br>Cocalas, Westberg, Mommsen<br>60 Orland Square Drive<br>Orland Park, IL 60462 | - | | | | | | 7,800.00 |
| Account No.<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | - | | | | | | 394.02 |
| Account No.<br><br>E.F.R. Fire Equipment Company, Inc.<br>11913 Stephanie Lane<br>P.O. Box 635<br>Mokena, IL 60448 | - | | | | | | 64.00 |

Sheet no. **3** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **13,045.54**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   A&C Environmental, Inc. _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>E.H. Lynn Industries, Inc.<br>Dept. 77-6436<br>Chicago, IL 60678-6436 | - | | | | | | 10.74 |
| Account No.<br>Econo Chem, Inc.<br>P.O. Box 2295<br>Jonesboro, AR 72402 | - | | | | | | 1,107.45 |
| Account No.<br>Envirite of IL, Inc.<br>P.O. Box 643286<br>Cincinnati, OH 45264-3286 | - | | | | | | 26,738.16 |
| Account No.<br>FedEx<br>P.O. Box 94515<br>Palatine, IL 60894 | - | | | | | | 45.60 |
| Account No.<br>Fort Dearborn Life Ins. Co.<br>1020 31st Street<br>Downers Grove, IL 60515-5591 | - | | | | | | 337.33 |

Sheet no. __4__ of __12__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)   **28,239.28**

In re  A&C Environmental, Inc. , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Fuller's Car Wash of Mokena <br> 19510 LaGrange Road <br> Mokena, IL 60448 | - | | | | | | 595.90 |
| Account No. <br><br> Gardner, Carton & Douglas <br> P.O. Box 92688 <br> Chicago, IL 60675 | - | | | | | | 25,670.36 |
| Account No. <br><br> GE Capital <br> P.O. Box 532617 <br> Atlanta, GA 30353-2617 | - | | | | | | 406.80 |
| Account No. <br><br> GE Corporation Plus <br> P.O. Box 671747 <br> Marietta, GA 30006 | - | | | | | | 6,031.25 |
| Account No. <br><br> Global Engineering <br> 15 Inverness Way East <br> Englewood, CO 80112 | - | | | | | | 90.51 |

Sheet no. __5__ of __12__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    32,844.82

In re **A&C Environmental, Inc.**, Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Greencastle WDF Facility<br>P.O. Box 486<br>Greencastle, IN 46135 | | - | | | | | 4,232.58 |
| Account No.<br>Healthcare Service Corp.<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | | - | | | | | 430.01 |
| Account No.<br>Hinckley Springs<br>6055 S. Harlem<br>Chicago, IL 60638 | | - | | | | | 52.34 |
| Account No.<br>Imperial Premium Finance, Inc.<br>P.O. Box 73095<br>Chicago, IL 60673-7095 | | - | | | | | 4,961.49 |
| Account No.<br>Imperial Premium Finance, Inc.<br>P.O. Box 73095<br>Chicago, IL 60673-7095 | | - | | | | | 1,395.81 |

Sheet no. **6** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,072.23**

In re  A&C Environmental, Inc. _____,  Case No. _____
           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Industrial Water Services, Inc. <br> P.O. Box 43369 <br> Jacksonville, FL 32203 | - | | | | | | 6,896.00 |
| Account No. <br> Ingalls Occupational Health <br> 75 Remittance Drive <br> Suite 1660 <br> Chicago, IL 60675-1660 | - | | | | | | 50.00 |
| Account No. <br> J.J. Keller <br> 3003 W. Breezewood Lane <br> Neenah, WI 54957 | - | | | | | | 579.44 |
| Account No. <br> Joseph Kooinga, Jr. | - | | | | | | 0.00 |
| Account No. <br> Kimball Midwest <br> P.O. Box 714048 <br> Cincinnati, OH 45271 | - | | | | | | 1,094.16 |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  8,619.60

In re **A&C Environmental, Inc.**, Debtor    Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Label Master <br> P.O. Box 46402 <br> Chicago, IL 60646-0402 | - | | | | | | 1,273.84 |
| Account No. <br><br> Laborers' Pension Fund <br> c/o Karen I. Engelhardt, Esq. <br> 208 S. LaSalle Street <br> Suite 180 <br> Chicago, IL 60604 | - | | | | | | 155,802.21 |
| Account No. <br><br> Lee Wayne Corporation <br> 135 South LaSalle <br> Chicago, IL 60674 | - | | | | | | 1,133.55 |
| Account No. <br><br> Libra Safety Products <br> 1823 W. Webster <br> Chicago, IL 60614 | - | | | | | | 534.95 |
| Account No. <br><br> Midway Truck Parts, Inc. <br> 7400 W. 87th Street <br> Bridgeview, IL 60455 | - | | | | | | 37.80 |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 158,782.35

In re  A&C Environmental, Inc. ,  Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Midwest Fire Supression, Inc.<br>P.O. Box 69<br>New Lenox, IL 60451 | | - | | | | | 249.41 |
| Account No. <br><br>National Vaccum Equipment<br>2670 Aero Park Drive<br>P.O. Box 685<br>Traverse City, MI 49685 | | - | | | | | 113.05 |
| Account No. <br><br>Nextel<br>P.O. Box 4191<br>Carol Stream, IL 60197-4191 | | - | | | | | 1,277.47 |
| Account No. <br><br>Phillip Services<br>P.O. Box 4394<br>Huston, TX 77210 | | - | | | | | 1,367.00 |
| Account No. <br><br>Printer's Quill<br>17659 Oak Park Avenue<br>Tinley Park, IL 60477 | | - | | | | | 449.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,455.93

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re __A&C Environmental, Inc.__ Case No. _____
                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Productivity Card/GE Capital Financial<br>P.O. Box 410420<br>Salt Lake City, UT 84141-0420 | | - | | | | | 6,608.13 |
| Account No.<br>SBC<br>Bill Payment Center<br>Chicago, IL 60663-8723 | | - | | | | | 337.08 |
| Account No.<br>SDI Capital Resources, Inc.<br>P.O. Box 91448<br>Chicago, IL 60693 | | - | | | | | 12,031.28 |
| Account No.<br>Service Sanitation, Inc.<br>135 Blaine Street<br>Gary, IN 46406-9902 | | - | | | | | 1,400.00 |
| Account No. 651-586-729<br>Shell Oil Co.<br>P.O. Box 9016<br>Des Monies, IA 50368 | | - | | | | | 5,040.38 |

Sheet no. __10__ of __12__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) 25,416.87

Case 04-47934   Doc 1   Filed 12/30/04   Entered 12/30/04 15:20:59   Desc Petition
Page 16 of 18

In re  A&C Environmental, Inc. ,  Case No. _____
                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Speedway SuperAmerica, LLC <br> P.O. Box 1590 <br> Springfield, OH 45501 | - | | | | | | 579.55 |
| Account No. <br><br> St. James Hospital & Health <br> P.O. Box 580 <br> Chicago Heights, IL 60411-3400 | - | | | | | | 359.75 |
| Account No. <br><br> Stuart Tank Sales Corp. <br> 940 E. Geneva <br> P.O. Box 558 <br> Elkhorn, WI 53121 | - | | | | | | 2,168.96 |
| Account No. <br><br> Summer Press <br> P.O. Box 822068 <br> Fort Worth, TX 76182 | - | | | | | | 49.25 |
| Account No. <br><br> T.A.C. Inc. <br> 7625 W. 59th Street <br> P.O. Box 407 <br> Summit, IL 60501 | - | | | | | | 166.50 |

Sheet no.  11  of  12   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  3,324.01

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **A&C Environmental, Inc.**                                       Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tendem <br> 1690 South Congress Avenue <br> Suite 210 <br> Delray Beach, FL 33445 | | - | | | | | 72.89 |
| Account No. <br><br> The Radio Direct Group <br> 960 Industrial Drive <br> Unite 4 <br> Elmhurst, IL 60126 | | - | | | | | 217.88 |
| Account No. <br><br> Tierra Environmental <br> 3821 Indianapolis Blvd. <br> East Chicago, IN 46312 | | - | | | | | 10,618.75 |
| Account No. 328340 <br><br> United Healthcare <br> Prime Billing MNO 15-2838 <br> P.O. Box 41738 <br> Philadelphia, PA 19101-1738 | | - | | | | | 3,677.75 |
| Account No. <br><br> United Rentals <br> P.O. Box 503330 <br> St. Louis, MO 63150-3330 | | - | | | | | 525.19 |

Sheet no. __12__ of __12__ sheets attached to Schedule of   Subtotal   15,112.46
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

                                                            Total
                                         (Report on Summary of Schedules)   339,486.31

## RESOLUTION OF THE SOLE DIRECTOR OF
## A AND C TRUCKING, INC. a/k/a A&C ENVIRONMENTAL, INC.

On this 30th day of December, 2004, the sole director of A and C Trucking, Inc. a/k/a A&C Environmental, Inc. (the "Corporation"), met at 8513 West 191st Street, in the Village of Mokena, Illinois, and resolved as follows:

WHEREAS: It is in the best interest of the Corporation to seek reorganization pursuant to the Bankruptcy Code since the Corporation is financially distressed;

NOW THEREFORE:    It is resolved as follows:

RESOLVED: The Corporation be and is hereby authorized and directed to file a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, to initiate a Chapter 7 bankruptcy case;

RESOLVED: The officer of the Corporation be and is hereby authorized and directed to executed such documents as are reasonably necessary to effectuate the foregoing.

BEING THE SOLE DIRECTOR OF THE CORPORATION

_____
CARL J. GRAD

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com